Stephen J. Fearon, Jr. (SF-8119)
SQUITIERI & FEARON, LLP
32 East 57th Street
12th Floor
New York, New York 10022
(212) 421-6492 Telephone
(212) 421-6553 Facsimile

Daniel Keller (DK-1300)
KELLER, FISHBACK & JACKSON LLP
62 William Street
6th Floor
New York, New York 10005
(646) 536-2719 Telephone
(646) 349-3329 Facsimile

Counsel for American Financial International
Group-ASIA, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| REFCO INC., et al., | Case No. 05-CV-60006 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEAL

Notice is hereby given that American Financial International Group-Asia, LLC (AFIG), appeals as of right under 28 U.S.C. §158(a) to the United States District Court for the Southern District of New York from the Order Reclassifying Certain Claims, Allowing Certain Claims, Partially Allowing Certain Claims, And Disallowing And Expunging Certain Claims Against Refco F/X Associates, LLC entered by the Honorable Robert D. Drain, United States Bankruptcy Judge, on July 9, 2007 [docket no. 5524]. A copy of that order is annexed hereto as Exhibit A *sans exhibit*.

The parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Party: RJM, LLC, plan administrator to Refco Inc. and certain of its subsidiaries and affiliates and on behalf of Refco F/X Associates, LLC

Attorneys: Steven Wilamowsky, Esq.
Mark W. Deveno, Esq.
Bingham McCutchen LLP
300 Park Avenue
New York, New York 10022-4689.

Dated: July 18, 2007
New York, New York

*/s/ Stephen J. Fearon, Jr.*
Stephen J. Fearon, Jr.
Attorney Bar Code: SF-8119
SQUITIERI & FEARON, LLP
32 East 57th Street
12th Floor
New York, New York 10022
(212) 421-6492 Telephone
(212) 421-6553 Facsimile

KELLER, FISHBACK, & JACKSON LLP
Daniel Keller
Attorney Bar Code: DK-1300
62 William Street - 6th Floor
New York, New York 10005
(646) 536-2719
(646) 349-3329 Facsimile

Counsel for American Financial
International Group-ASIA, LLC

Stephen J. Fearon, Jr.
SQUITIERI & FEARON, LLP
32 East 57th Street
12th Floor
New York, New York 10022
Tel: (212) 421-6492
Fax: (212) 421-6553

Counsel for American Financial International
Group - ASIA, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
IN RE:                              :   Chapter 11
                                    :
REFCO INC., et al.,                 :   Case No.: 05-CV-60006 (RDD)
                                    :
                     Debtors.       :   (Jointly Administered)
                                    :
        -against-                   :
———————————————————————x

<b><u>AFFIDAVIT OF SERVICE</u></b>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, Stephen J. Fearon, Jr., being duly sworn depose and say:

1. I am over eighteen years of age, am not a party to this action.

2. On July 18, 2007, I caused the accompanying Notice of Appeal to be served upon the following parties by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York or as otherwise indicated:

> J. Gregory Milmoe, Esq.
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> Four Times Square
> New York, New York 10036

Alicia M. Leonhard, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 Whitehall Street, Suite 2100
New York, New York 10004

Luc A. Despins, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005

_____
STEPHEN J. FEARON, JR.

Sworn to before me this
18th day of July, 2007

_____
NOTARY PUBLIC

CATHIAN SIMPSON
Notary Public, State of New York
No. 01SI6033425
Qualified in New York County
Commission Expires 11/15/2009

2